IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK DELAHAYE,

    Plaintiff,                        No. C 09-05504 JSW

  v.

ASBESTOS DEFENDANTS, et al.,        **AMENDED ORDER SETTING BRIEFING SCHEDULE**

    Defendant.

        This matter is set for a hearing on January 29, 2010 on the motion to remand filed by Plaintiff Frank Delahaye. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 5, 2010 and a reply brief, if any, shall be filed by no later than January 13, 2010.

        If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

        **IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE