Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 11, 2010

**United States District Court Eastern Philadelphia**
**601 Market Street**
**Philadelphia, PA 19106-1797**

RE: CV 09-05504 JSW  FRANK DELAHAYE-v-ASBESTOS DEFENDANTS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record